UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| GISELA VAZQUEZ-VAZQUEZ; WILLIAM CRUZ-VARGAS<br><br>    Plaintiff<br><br>         v.<br><br>BANCO POPULAR DE PUERTO RICO COLLAZO, CONNELLEY, & SURILLO, LLC,<br><br>    Defendants | **CIVIL NO.** 23-1191 (RAM) |

**JUDGMENT**

On June 1, 2023, Plaintiffs filed a Notice of Voluntary Dismissal. (Docket No. 7). In accordance with the Order entered today (Docket No. 8), judgment is entered DISMISSING this action WITHOUT PREJUDICE in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of June 2023.

                              s/Raúl M. Arias-Marxuach
                              UNITED STATES DISTRICT JUDGE